**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

CASHEDGE, INC.,

          Plaintiff,

    v.

YODLEE, INC.,

          Defendant.

C.A. No. 06-170-JJF

JURY TRIAL DEMANDED

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

In answer to CashEdge, Inc.'s ("CashEdge" or "Plaintiff") Complaint for Patent

Infringement, Defendant Yodlee, Inc. ("Yodlee" or "Defendant") responds as follows:

    1.      Admitted.

    2.      Admitted.

    3.      Admitted.

    4.      Admitted.

    5.      Yodlee admits that venue is proper in this judicial district; however,

Yodlee contends that this matter should be consolidated with a closely-related nine patent

action between the same parties, relating to the same technology, already pending in the

Northern District of California for almost a year.  On April 14, 2005, Yodlee filed Case

No. C-05-1550-SI (N.D. Cal.) asserting infringement of six Yodlee patents by CashEdge.

On June 22, 2005, CashEdge filed a nine patent declaratory relief action against Yodlee

in the Northern District of California, Case No. C-05-2554-RS, seeking declaratory relief

with respect to the six patents asserted by Yodlee and further seeking declaratory relief

with respect to three additional Yodlee patents.  Those two actions were consolidated into

a single nine-patent case currently being adjudicated by the Honorable Susan Illston in the Northern District of California. All of the claims alleged by CashEdge in this Complaint involve the same parties and the same field of technology as the pending consolidated Case No. C-05-01550-SI. Accordingly, CashEdge's Complaint in this action needlessly burdens the administrative resources of this Court and should be transferred to the Northern District of California.[1]

6.      Yodlee lacks sufficient knowledge to confirm or deny the averment that CashEdge is the owner of all rights, title, and interest in and to United States Patent No. 7,013,310 (the "'310 patent"). Yodlee admits that a copy of the '310 patent has been attached to the Complaint as Exhibit A, that the '310 patent is entitled "Method and Apparatus for Retrieving and Processing Data," and that the '310 patent is dated March 14, 2006. Yodlee denies the remaining averments of paragraph 6.

7.      The answers of paragraphs 1-6 are incorporated as if fully set forth herein.

8.      Denied.

9.      Denied.

10.      Yodlee admits current knowledge of the '310 patent. Yodlee denies the remaining averments of paragraph 10. Yodlee further notes that CashEdge filed its complaint on March 14, 2006, the day the '310 patent issued, making the allegation that "Yodlee has had [] knowledge of the '310 patent" impossible, since there was no such issued patent before the date the complaint was filed.

11.      Denied.

12.      Denied.

---

[1]      Yodlee will file a separate motion to transfer this case to the Northern District of California where the closely related pending action is proceeding.

13.    Denied.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST AFFIRMATIVE DEFENSE - NON-INFRINGEMENT

14.    Yodlee has not infringed, contributorily infringed, or induced infringement of any valid claims of the '310 patent.

### SECOND AFFIRMATIVE DEFENSE - INVALIDITY

15.    The '310 patent is invalid for failure to comply with one or more of the conditions for patentability specified in 35 U.S.C. §§ 101, 102, 103, and/or 112.

16.    Without limiting the disclosure of prior art and invalidity contentions that Yodlee will provide in accordance with any applicable Scheduling Order, Yodlee also specifically alleges the following:

17.    The subject matter of the '310 patent was known and used by Yodlee and Yodlee's customers substantially more than one year before the January 3, 2002 filing date of the '310 patent.  Accordingly, the '310 patent is invalid under 35 U.S.C. § 102(a).

18.    The subject matter of the '310 patent was also publicly used and offered for sale in this country by Yodlee substantially more than one year before the January 3, 2002 filing date of the '310 patent.  Accordingly, the '310 patent is invalid under 35 U.S.C. § 102(b).

19.    The subject matter of the '310 patent was first conceived and reduced to practice by inventors employed by Yodlee.  Yodlee's invention of the claimed subject matter is documented in a pending patent application filed by Yodlee more than fifteen months before the January 3, 2002 filing date of the '310 patent.  Accordingly, the '310 patent is invalid under 35 U.S.C. § 102(g).

**THIRD AFFIRMATIVE DEFENSE –**

**UNENFORCEABILITY DUE TO INEQUITABLE CONDUCT**

20.    The '310 patent is unenforceable due to the intentional failure of the inventors and/or their agents to disclose information material to the patentability of the '310 patent to the United States Patent and Trademark Office ("PTO") during the prosecution of the '310 patent, in violation of 37 C.F.R. § 1.56.

21.    In a letter dated November 17, 2004 and addressed to CashEdge's CEO, Sanjeev Dheer, Yodlee informed CashEdge and Mr. Dheer of the existence of United States Patents 6,567,850; 6,317,783 (the " '783 patent"); 6,199,077 (the " '077 patent"); 6,633,910; and 6,510,451. Of these patents, at least the '783 patent and the '077 patent, which disclose methods for capturing data from a web page, extracting data from a web page, and normalizing such extracted data, were highly material prior art to CashEdge's then-pending patent application. Although CashEdge and Mr. Dheer, who is one of the named inventors of the '310 patent, were made aware of those material references more than one year before the issuance of the '310 patent, CashEdge and Mr. Dheer failed to disclose the '783 patent and the '077 patent to the PTO, in violation of 37 C.F.R. § 1.56. Further, in a response to an office action filed March 24, 2005, four months after the November 17, 2004 letter, CashEdge's attorney distinguished prior art found by the examiner because it did not disclose capturing data from a web page, extracting data from a web page, or normalizing the data, all of which are features disclosed in the '783 patent and the '077 patent. Again, CashEdge failed to disclose known relevant prior art in its response to an office action, in violation of 37 C.F.R. § 1.56, and specifically made

4

representations that were false in light of the undisclosed prior art. See Letter dated November 17, 2004, attached hereto as Exhibit A.

22.    On June 22, 2005, CashEdge filed a Complaint For Declaratory Judgment of Non-Infringement, Invalidity, and Unenforceability of U.S. Patent Nos. 6,567,850; 6,317,783 (the " '783 patent"); 6,199,077 (the " '077 patent"); 6,633,910; 6,510,451; 6,802,042; 6,412,073 (the " '073 patent"); 6,594,766; and 6,405,245 against Yodlee. Of the subject patents, at least the '783 patent, the '077 patent, and the '073 patent were prior art reference material to CashEdge's then-pending '310 patent. Although CashEdge was aware of those material references at the time it filed its declaratory judgment action, almost nine months before the issuance of the '310 patent on March 14, 2006, CashEdge failed to disclose the '783 patent, the '077 patent, or the '073 patent to the PTO, in violation of 37 C.F.R. § 1.56. See CashEdge's Complaint for Declaratory Judgment attached hereto as Exhibit B.

23.    CashEdge did not cite a single prior art reference to the PTO during the prosecution of the application that resulted in the '310 patent. All of the references cited were discovered by the Patent Examiner. At a minimum, Yodlee's '077, '073 and '783 patents are much more relevant and material to the patentability of CashEdge's asserted claims than the references cited by the examiner. This is especially true in light of CashEdge's misleading remarks made to the patent office on March 24, 2005.

24.    Based upon the totality of the circumstances and the specific knowledge of at least Mr. Dheer regarding the non-disclosed prior art, CashEdge's failure to disclose the Yodlee patents during prosecution of its '310 patent must have been made with intent to deceive the Patent Office.

## COUNTERCLAIM FOR DECLARATORY JUDGMENT

For its counterclaim against CashEdge, Yodlee alleges as follows:

### THE PARTIES

25.    Counterclaim plaintiff Yodlee is a corporation organized and existing under the laws of the State of Delaware having its principal place of business at 3600 Bridge Parkway, Suite 200, Redwood City, California 94065-1170.

26.    Counterclaim defendant CashEdge states that it is a corporation organized and existing under the laws of the State of Delaware having its principal place of business at 104 Fifth Avenue, New York, NY 10011.

### JURISDICTION AND VENUE

27.    This is an action for declaratory judgment that arises under the patent laws of the United States, 35 U.S.C. §§ 1 et seq., and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

28.    This Court has subject matter jurisdiction over this Counterclaim pursuant to 28 U.S.C. §§ 1331, 1338(a) and 2201(a).

29.    This Court has personal jurisdiction over CashEdge because it is incorporated in the State of Delaware and because CashEdge has submitted to the personal jurisdiction of this Court by filing its Complaint for Patent Infringement in this action.

30.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b); however, Yodlee incorporates by reference its description of Case No. 05-1550-SI (N.D. Cal.) in paragraph 5 and further asserts that this action should be

6

transferred to the Northern District of California for all of the reasons stated in that paragraph.

31.    A justiciable controversy between the parties exists concerning the infringement, validity, and enforceability of claims of the '310 patent because CashEdge has sued for infringement of the '310 patent.

## DECLARATORY JUDGMENT CLAIM

32.    Yodlee re-alleges and incorporates by reference the allegations of paragraphs 14-31 as if fully set forth herein.

33.    CashEdge purports to have the right to enforce and to sue for infringement of the '310 patent, and has accused Yodlee of infringing, contributorily infringing, and/or inducing the infringement of the '310 patent.

34.    Yodlee has not infringed, contributorily infringed, or induced infringement of any valid claims of the '310 patent.

35.    The '310 patent is invalid for failure to comply with one or more of the conditions for patentability specified in 35 U.S.C. §§ 101, 102, 103, and/or 112.

36.    The '310 patent is unenforceable due to the intentional failure of the inventors and/or their agents to disclose information material to the patentability of the '310 patent to the PTO during the prosecution of the '310 patent, in violation of 37 C.F.R. § 1.56, for all the reasons alleged with particularity in paragraphs 20-24 and incorporated herein by reference.


## PRAYER FOR RELIEF

WHEREFORE, Yodlee prays for judgment and relief as follows:

A.      denying with prejudice all relief requested by CashEdge in its Complaint;

B.      declaring that Yodlee is not infringing, contributorily infringing, or inducing the infringement of the '310 patent;

C.      declaring that the '310 patent is invalid;

D.      declaring that the '310 patent is unenforceable;

E.      finding CashEdge's filing of this suit exceptional and awarding Yodlee its costs, expenses, and attorneys fees in this action pursuant to 35 U.S.C § 285; and

F.      awarding Yodlee such further relief as this court may deem proper.

## DEMAND FOR JURY TRIAL

Yodlee hereby demands a trial by jury of all issues in this action.


Dated: April 4, 2006                    FISH & RICHARDSON P.C.


                                        By: /s/ *William J. Marsden, Jr.*
                                            William J. Marsden, Jr. (#2247)
                                            Kyle Wagner Compton (#4693)
                                            919 N. Market Street, Suite 1100
                                            P. O. Box 1114
                                            Wilmington, DE  19899-1114
                                            Telephone:  (302) 652-5070
                                            Facsimile:    (302) 652-0607

                                            David M. Barkan (CA Bar #160825)
                                            Craig R. Compton (CA Bar #215491)
                                            500 Arguello Street, Suite 500
                                            Redwood City, CA 94063
                                            Tel:  (650) 839-5070
                                            Fax:  (650) 839-5071

                                            *Attorneys for Defendant*
                                            *Yodlee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2006 , I electronically filed

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** using CM/ECF which

will send notification of the filing to the following Delaware counsel.  A copy of the

document will also be hand-delivered.


Arthur G. Connolly, III                           *Attorneys for*
Connolly Bove Lodge & Hutz LLP        *Plaintiff CashEdge, Inc.*
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207



I also certify that on April 4, 2006, I mailed by Federal Express, the above

document to the following non-registered participants:


Drew M. Wintringham, III               *Attorneys for Plaintiff*
Mark W. Rueh                                 *CashEdge, Inc.*
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019 (212) 765-5070




*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.

# EXHIBIT A



## YODLEE

**3600 BRIDGE PARKWAY, SUITE 200**
Redwood City, CA 94065 USA

TEL (650) 980-3600
FAX (650) 980-3602

November 17, 2004

Sanjeev Dheer
CEO and President
CashEdge
104 Fifth Avenue
New York, New York 10011

Re:    Yodlee, Inc., v. CashEdge Inc., et al.

Dear Mr. Dheer:

As you know, Yodlee, Inc. has long been a pioneer in the field of data aggregation. Yodlee's contributions to this field have been recognized in fifteen U.S. patents and many worldwide counterpart patents. Yodlee invests significantly in research and development and believes that the patent system is intended to protect that investment and the innovation that results from it. In addition to its issued patents, Yodlee has numerous patent applications pending worldwide.

CashEdge offers several products and services that are based on data aggregation technology. While CashEdge is certainly entitled to compete with Yodlee in this field, it is not entitled to use Yodlee's technology in doing so. Yodlee is committed to enforcing its intellectual property rights in order protect its technology innovations.

Yodlee is prepared to enter into discussions with CashEdge regarding a potential license to one or more Yodlee patents. In order to frame the discussions, we suggest that CashEdge review at least the following Yodlee United States Patents: 6,567,850, 6,317,783, 6,199,077, 6,633,910, and 6,510,451. We anticipate discussing each of these patents with you during any license negotiations. Finally, in order to expedite your preparation for such a meeting, we have enclosed a CD with electronic copies of each of these patents and their respective file histories.

Please respond by November 30, 2004 in order to arrange a mutually agreeable time for further discussions.

Sincerely,

Anil Arora
CEO and President

Enclosures
50230040.doc

# EXHIBIT B

1  DANIEL R. HARRIS (State Bar No. 188417)
   NANCY K. RABER (State Bar No. 192744)
2  **CLIFFORD CHANCE US LLP**
   990 MARSH ROAD
3  MENLO PARK, 94025-1949
   Telephone: (650) 566-4300
4  Facsimile: (650) 566-4399
   E-Mail: Daniel.Harris@CliffordChance.com
5
   Attorneys for Plaintiff CashEdge, Inc.

E-Filing

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11                  **C 05 2554**                                    RS

12  CASHEDGE INC.                      Case No. __

13            Plaintiff,              **COMPLAINT FOR DECLARATORY
                                      JUDGEMENT OF NON-INFRINGEMENT,
14       vs.                          INVALIDITY, AND
                                      UNENFORCEABILITY OF U.S. PATENT
15  YODLEE, INC.                      NOS. 6,567,850; 6,317,783; 6,199,077;
                                      6,633,910; 6,510,451; 6,802,042; 6,412,073;
16            Defendant.              6,594,766; and 6,405,245.**

17                                    **DEMAND FOR JURY TRIAL**

18                                            BY FAX
                         I.    **COMPLAINT**
19

20       1.    Plaintiff, CashEdge Inc. ("CashEdge"), by its undersigned attorneys, as and for its

21  Complaint against defendant Yodlee, Inc. ("Yodlee"), alleges as follows:

22       2.    This is an action by CashEdge against Yodlee that United States Letters Patents

23  Nos. 6,567,850; 6,317,783; 6,199,077; 6,633,910; 6,510,451; 6,802,042; 6,412,073; 6,594,766; and

24  6,405,245 (collectively, the "Yodlee Patents") are not infringed by any of CashEdge's products and

25  services including, but not limited to CashEdge's Advanced Account Aggregation, Online Money

26  Movement / Transfer Now, Accounting Opening / Open Now, Advisor Suite solutions and

27  corresponding products in CashEdge's Bank, Credit Union and Wealth Management Suites

28

                                         1

10317038.tif - 6/22/2005 11:43:50 AM                                    NYB 1504156.1

1  ("CashEdge's Products and Services") or are otherwise invalid or unenforceable. Copies of the first

2  page of each of the Yodlee Patents are annexed hereto as Exhibit A.

3  **II.    THE PARTIES**

4      3.    Upon information and belief, Yodlee is a corporation organized and existing under

5  the laws of the State of Delaware having its principal place of business at 3600 Bridge Parkway,

6  Suite 200, Redwood City, California 94065-1170.

7      4.    CashEdge is a corporation organized and existing under the laws of the State of

8  Delaware and having its principal place of business at 104 Fifth Avenue, New York, NY 10011.

9  **III.    JURISDICTION AND VENUE**

10     5.    This action arises under the Patent Laws of the United States, Title 35, United States

11 Code § 101, et seq., and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

12     6.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and

13 2201(a).

14     7.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400.

15 **IV.    COUNT I**

16 (Invalidity and Non-Infringement of the Yodlee Patents)

17     8.    CashEdge repeats and re-alleges paragraphs 1 - 7 hereof as if fully set forth herein.

18     9.    Upon information and belief, United States Patent No. 6,567,850 (the "'850 patent"),

19 entitled "System and Method for Determining Revenue From an Intermediary Derived From

20 Servicing Data Requests," issued on May 20, 2003 and is currently assigned to Yodlee.

21     10.    Upon information and belief, United States Patent No. 6,317,783 (the "'783 patent"),

22 entitled "Apparatus and Methods for Automated Aggregation and Delivery of and Transactions

23 Involving Electronic Personal Information or Data," issued on November 13, 2001 and is currently

24 assigned to Yodlee.

25     11.    Upon information and belief, United States Patent No. 6,199,077 (the "'077 patent"),

26 entitled "Server-Side Web Summary Generation and Presentation," issued on March 6, 2001 and is

27 currently assigned to Yodlee.

28

2
COMPLAINT

1    12.    Upon information and belief, United States Patent No. 6,633,910 (the "'910 patent"),

2  entitled "Method and Apparatus for Enabling Real Time Monitoring and Notification of Data

3  Updates for Web-Based Data Synchronization Services," issued on October 14, 2003 and is

4  currently assigned to Yodlee.

5    13.    Upon information and belief, United States Patent No. 6,510,451 (the "'451 patent"),

6  entitled "System for Completing a Multi-Component Task Initiated by a Client Involving Web Sites

7  Without Requiring Interaction from the Client," issued on January 21, 2003 and is currently assigned

8  to Yodlee.

9    14.    Upon information and belief, United States Patent No. 6,802,042 (the "'042 patent"),

10  entitled "Method and Apparatus for Providing Calculated and Solution-Oriented Personalized

11  Summary Reports to a User Through a Single User-Interface System for Completing a Multi-

12  Component Task Initiated by a Client Involving Web Sites Without Requiring Interaction from the

13  Client," issued on October 5, 2004 and is currently assigned to Yodlee.

14    15.    Upon information and belief, United States Patent No. 6,412,073 (the "'073 patent"),

15  entitled "Method and Apparatus for Providing and Maintaining A User-Interactive Portal System

16  Accessible Via Internet or Other Switched-Packet Network," issued on June 25, 2002 and is

17  currently assigned to Yodlee.

18    16.    Upon information and belief, United States Patent No. 6,594,766 (the "'766 patent"),

19  entitled "Method and Apparatus for Providing and Maintaining A User-Interactive Portal System

20  Accessible Via Internet and Other Switched-Packet Network," issued on July 15, 2003 and is

21  currently assigned to Yodlee.

22    17.    Upon information and belief, United States Patent No. 6,405,245 (the "'245 patent"),

23  entitled "System and Method for Automated Access to Personal Information," issued on June 11,

24  2002 and is currently assigned to Yodlee.

25    18.    Yodlee and its affiliates have, inter alia, filed suit and have threatened suit, orally and

26  in writing, against CashEdge with respect to one or more of the Yodlee Patents. Furthermore, Yodlee

27  has asserted its entire portfolio as something it would enforce against CashEdge and is seeking to

28  substantially restrict or close down CashEdge's business activities alleging it would assert of its

3
COMPLAINT

1  patent portfolio against CashEdge's Products and Services. CashEdge is in reasonable apprehension

2  that Yodlee will commence suit against CashEdge for alleged infringement of one or more of the

3  Yodlee Patents. Thus, as to each of the Yodlee Patents, an actual and justiciable controversy exists

4  between CashEdge and Yodlee with respect to the validity and infringement of the patent.

5       19.    As to each of the Yodlee Patents, the patent is not infringed by any of CashEdge's

6  Products and Services, and said patents are otherwise invalid or unenforceable for failure to comply,

7  inter alia, with the requirements of 35 U.S.C. § 102, 103 and/or 112.

8                          **V.    PRAYER FOR RELIEF**

9       WHEREFORE, CashEdge prays for judgment and relief against Yodlee as follows:

10      A.    Declaring that each of the Yodlee Patents is invalid and unenforceable;

11      B.    Declaring that none of CashEdge's Products and Services infringe any valid claim of

12  any of the Yodlee Patents;

13      C.    Directing Yodlee to pay CashEdge's costs, expenses and reasonable attorneys' fees

14  pursuant to 35 U.S.C. §§ 284 and 285;

15      D.    Granting CashEdge such other and further relief as the Court may deem just and

16  proper.

17  Dated:  June 22, 2005                        Respectfully submitted,

18                                               Daniel R. Harris (State Bar No. 188417)
                                                 Nancy K. Raber (State Bar No. 192744)
19                                               **CLIFFORD CHANCE US LLP**
                                                 990 Marsh Road
20                                               Menlo Park, CA 94025-1949
                                                 Tel: (650) 566-4300
21                                               Fax: (650) 566-4399

22
                                                 By: _Nancy K Raber_
23                                               Nancy K. Raber
                                                 Attorney for Plaintiff,
24                                               CashEdge Inc.

25  ///

26  ///

27  ///

28  ///

                                    4
                                 COMPLAINT

**VI.    NOTICE**

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for plaintiff CashEdge Inc.,
certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  June 22, 2005

Respectfully submitted,

Daniel R. Harris (State Bar No. 188417)
Nancy K. Raber (State Bar No. 192744)
**CLIFFORD CHANCE US LLP**
990 Marsh Road
Menlo Park, CA 94025-1949
Tel:  (650) 566-4300
Fax:  (650) 566-4399

By: _Nancy K. Raber_
Nancy K. Raber
Attorney for Plaintiff,
CashEdge Inc.

**VII.    JURY DEMAND**

CashEdge hereby demands trial by jury on all issues in this Action.

Dated:  June 22, 2005

Respectfully submitted,

Daniel R. Harris (State Bar No. 188417)
Nancy K. Raber (State Bar No. 192744)
**CLIFFORD CHANCE US LLP**
990 Marsh Road
Menlo Park, CA 94025-1949
Tel:  (650) 566-4300
Fax:  (650) 566-4399

By: _Nancy K. Raber_
Nancy K. Raber
Attorney for Plaintiff,
CashEdge Inc.

Of counsel:

Drew M. Wintringham, III
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, NY 10019-6131
Tel:  (212) 878-8000
Fax:  (212) 878-8375

5
COMPLAINT

**EXHIBIT A**

US006199077B1

(12) **United States Patent**
Inala et al.

(10) Patent No.: **US 6,199,077 B1**
(45) Date of Patent: **Mar. 6, 2001**

(54) **SERVER-SIDE WEB SUMMARY GENERATION AND PRESENTATION**

(75) Inventors: **Suman Kumar Inala**, Santa Clara; P **Venkat Rangan**, San Diego; **Ramakrishna Satyavolu**, Santa Clara, all of CA (US)

(73) Assignee: **Yodlee.com, Inc.**, Sunnyvale, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/323,598**

(22) Filed: **Jun. 1, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/208,740, filed on Dec. 8, 1998.

(51) Int. Cl.[7] ................................................ G06F 17/21
(52) U.S. Cl. ................... 707/501; 709/202; 709/218; 713/202; 704/1
(58) Field of Search .......................... 707/501, 513, 707/1, 3, 4, 5, 9–10; 713/201–202; 705/26–27; 709/202, 218; 704/1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,649,186 | * 7/1997 | Ferguson | 707/10 |
| 5,708,825 | * 1/1998 | Sotomayor | 707/501 |
| 5,794,233 | * 8/1998 | Rubinstein | 707/4 |
| 5,855,015 | * 12/1998 | Shoham | 707/5 |
| 5,931,907 | * 8/1999 | Davies et al. | 709/218 |
| 5,983,227 | * 11/1999 | Nazem et al. | 707/10 |
| 5,987,466 | * 11/1999 | Greer et al. | 707/10 |
| 6,029,180 | * 2/2000 | Murata et al. | 707/501 |
| 6,029,182 | * 2/2000 | Nehab et al. | 707/523 |
| 6,032,162 | * 2/2000 | Burke | 707/501 |
| 6,038,668 | * 8/2000 | Chipman et al. | 713/201 |
| 6,041,326 | * 3/2000 | Amro et al. | 707/10 |
| 6,108,686 | * 8/2000 | Williams, Jr. | 709/202 |
| 6,119,101 | * 9/2000 | Peckover | 705/10 X |

OTHER PUBLICATIONS

Stanley, Tracey, "Intelligent Searching Agents on the Web", 4 pages, <http://www.ariadne.ac.uk/issu7/search-engines/> Jan. 1997.*
Jansen, James, "Using an Intelligent Agent to Enhance Search Ingine Performance", 16 pages, <http://www.first-monday.dk/issues/issue2_3/jansen/> Dec. 1998.*
Lesser, Victor et al, "BIG: A Resource_Bounded Information Gathering Agent", 18 pages, <http://dis.cs.umass.edu/research/big/> Jan. 1998.*

* cited by examiner

*Primary Examiner*—Joseph H. Feild
(74) *Attorney, Agent, or Firm*—Donald R. Boys; Central Coast Patent Agency

(57) **ABSTRACT**

A portal server includes a software agent configured to do summary searches for subscribers based on Internet destinations provided by the subscribers, to retrieve information from such destinations based on pre-programmed site information, and to download the summary information to the subscriber. The destinations and the nature of the information to be retrieved is pre-programmed. There is further a configuration and initiation interface for a subscriber to set up and start a summary search. In some cases the summary searches are configured for individual clients as templates stored and retrieved at the Internet-connected server. Also in some cases retrieved information is immediately sent to the subscriber, and in other situations such information is saved at the portal to be retrieved by a subscriber at a later time. In preferred embodiments of the invention autologins are accomplished for a subscriber at Internet destinations by use of pre-stored configuration information.

**12 Claims, 6 Drawing Sheets**



US006317783B1

(12) **United States Patent**          (10) Patent No.:    **US 6,317,783 B1**
Freishtat et al.                        (45) Date of Patent:    **Nov. 13, 2001**

(54) **APPARATUS AND METHODS FOR AUTOMATED AGGREGATION AND DELIVERY OF AND TRANSACTIONS INVOLVING ELECTRONIC PERSONAL INFORMATION OR DATA**

(75) Inventors: **Gregg Freishtat; Palaniswamy Rajan,** both of Atlanta, GA (US)

(73) Assignee: **Vertikalone Corporation,** Atlanta, GA (US)

(*) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/428,511

(22) Filed:    Oct. 27, 1999

          Related U.S. Application Data

(60) Provisional application No. 60/105,917, filed on Oct. 28, 1998, and provisional application No. 60/134,395, filed on May 17, 1999.

(51) Int. Cl.⁷ .................................................. G06F 13/00
(52) U.S. Cl. ................................... 709/218; 707/10
(58) Field of Search ............................. 707/10; 709/217, 709/218

(56)                **References Cited**

          U.S. PATENT DOCUMENTS

| 5,347,632 | 9/1994 | Filepp et al. | .......................... | 709/202 |
| 5,537,314 | 7/1996 | Kanter | ................................... | 705/14 |

          (List continued on next page.)

          OTHER PUBLICATIONS

"Strategic Directions in Database Systems—Breaking Out of the Box," Avi Silberschatz, and Stan Zdonik et al., ACM Computing Surveys, vol. 28, No. 4, pp. 764–778, Dec. (1996).

"Database Security and Privacy," Sushil Jajodia, ACM Computing Surveys, vol. 28, Issue 1 pp. 129–131, Mar. (1996).

"Managing Security and Privacy of information," Sushil Jajodia, ACM Computing Surveys, vol. 28 Issue 4es, Dec. (1996).

"Today's Style Sheet Standards: The Great Vision Blinded," Philip M. Marden, Jr. and Ethan V. Munson, IEEE Computer, pp. 123–125.

"Collapsible User Interfaces for Information Retrieval Agents," Martin Frank and Pedro Szekely, Proceedings of International Conference on Intelligent User Interfaces, Jan. 5–8, 1999, Redondo, CA, pp. 15–22.

"A Softbot–based Interface to the Internet," Oren Etzioni and Daniel Weld, Communications of the ACM, vol. 37, No. 7, Jul., 1994, pp. 72–76.

*Primary Examiner*—Kenneth R. Coulter
(74) *Attorney, Agent, or Firm*—Needle & Rosenberg, P.C.

(57)                **ABSTRACT**

A system for delivering personal information according to the present invention includes a user store including end user data, a provider store including information provider data, a personal information store including personal information and a processor that communicates with these data stores. The processor selects an end user for personal information aggregation. The processor connects with one or more information providers. The processor then proceeds to retrieve personal information for the selected end user from the connected information providers. This retrieval is based on end user data associated with the selected end user and provider data associated with the connected information providers. The retrieved personal information is stored in the personal information store.

**36 Claims, 11 Drawing Sheets**



US006405245B1

(12) **United States Patent**          (10) Patent No.:     **US 6,405,245 B1**

Burson et al.                          (45) Date of Patent:     *Jun. 11, 2002

(54) **SYSTEM AND METHOD FOR AUTOMATED ACCESS TO PERSONAL INFORMATION**

(75) Inventors: **Robert Burson; Dima Ulberg; Gregg Freishtat**, all of Atlanta, GA (US)

(73) Assignee: **Verticalone Corporation**, Atlanta, GA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/427,602

(22) Filed: **Oct. 27, 1999**

Related U.S. Application Data

(60) Provisional application No. 60/105,917, filed on Oct. 28, 1998, and provisional application No. 60/134,395, filed on May 17, 1999.

(51) Int. Cl.$^7$ .................................................. G06F 13/00
(52) U.S. Cl. ........................... 709/217; 707/10; 345/705
(58) Field of Search ............................... 707/10; 709/230, 709/217; 345/705

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,347,632 A | 9/1994 | Filepp et al. | 709/202 |
| 5,537,314 A | 7/1996 | Kanter | 705/14 |
| 5,655,089 A | 8/1997 | Bucci | 705/40 |
| 5,696,965 A * | 12/1997 | Dedrick | 707/10 |
| 5,699,528 A | 12/1997 | Hogan | 705/40 |
| 5,710,887 A | 1/1998 | Chelliah et al. | 705/26 |
| 5,712,979 A | 1/1998 | Graber et al. | 709/224 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0786728 A1 | 7/1997 |
| EP | 0848338 A | 6/1998 |

| | | |
|---|---|---|
| WO | WO 98/28698 | 7/1998 |

OTHER PUBLICATIONS

"Collapsible User Interfaces for Information Retrieval Agents," Martin Frank and Pedro Szekely, Proceedings of International Conference on Intelligent User Interfaces, Jan. 5–8, 1999,Redondo, CA, pp. 15–22.

"A Softbot–based Interface to the Internet," Oren Etzioni and Daniel Weld, Communications of the ACM, vol. 37, No. 7, Jul. 1994, pp. 72–76.

"Strategic Directions in Database Systems—Breaking Out of the Box," *Avi Silberschatz and Stan Zdonik et al.*, ACM Computing Surveys, vol. 28, No. 4, pp. 764–778, Dec. (1996).

"Database Security and Privacy," Sushil Jajodia, ACM Computing Surveys, vol. 28, Issue 1 pp. 129–131, Mar. (1996).

"Managing Security and Privacy of Information," Sushil Jajodia, ACM Computing Surveys, vol. 28, Issue 4es, Dec. (1996).

"Today's Style Sheet Standards: The Great Vision Blinded," Philip M. Marden, Jr. and Ethan V. Munson, IEEE Computer, pp. 123–125, Nov. (1999).

*Primary Examiner*—Kenneth R. Coulter
(74) *Attorney, Agent, or Firm*—Needle & Rosenberg, P.C.

(57)                   **ABSTRACT**

This invention is a system and method for automated access to personal information associated with an end user, wherein the personal information is stored on a personal information provider. A representation of the personal information and a link corresponding to the personal information stored on the personal information are presented to the end use via a client computer. Upon activation of the link, the client computer is automatically driven to the personal information provider presenting to the user via the client computer a page on the personal information provider.

9 Claims, 11 Drawing Sheets



US006412073B1

(12) **United States Patent**
Rangan

(10) Patent No.:    **US 6,412,073 B1**
(45) Date of Patent:    *Jun. 25, 2002

(54) **METHOD AND APPARATUS FOR PROVIDING AND MAINTAINING A USER-INTERACTIVE PORTAL SYSTEM ACCESSIBLE VIA INTERNET OR OTHER SWITCHED-PACKET-NETWORK**

(75) Inventor:    P. Venkat Rangan, San Diego, CA (US)

(73) Assignee:    Yodlee.com, Inc, Redwood Shores, CA (US)

(*) Notice:    This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/208,740

(22) Filed:    Dec. 8, 1998

(51) Int. Cl.[7] ....................... G06F 12/14; G06F 17/60; H04L 9/00

(52) U.S. Cl. .................. 713/202; 713/201; 713/162; 705/14; 705/76

(58) Field of Search ................................. 713/162, 202, 713/201; 705/76, 14

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,918,019 A | * | 6/1999 | Valencia | 395/200.57 |
| 6,000,033 A | * | 12/1999 | Kelley et al. | 713/201 |
| 6,014,502 A | * | 1/2000 | Moraes | 395/200 |
| 6,023,684 A | * | 2/2000 | Pearson | 705/35 |
| 6,085,229 A | * | 7/2000 | Newman et al. | 709/203 |
| 6,148,402 A | * | 11/2000 | Campbell | 713/200 |
| 6,182,229 B1 | * | 1/2001 | Nielsen | 713/202 |
| 6,192,407 B1 | * | 2/2001 | Smith et al. | 709/229 |
| 6,199,077 B1 | * | 3/2001 | Inala et al. | 707/501 |
| 6,065,120 A1 | * | 5/2001 | Laursen et al. | 713/201 |
| 6,233,608 B1 | * | 5/2001 | Laursen et al. | 709/217 |
| 6,330,592 B1 | * | 12/2001 | Makuch et al. | 709/217 |
| 2001/0000537 A1 | * | 4/2001 | Inala et al. | 707/500 |
| 2001/0020242 A1 | * | 9/2001 | Gupta et al. | 707/501.1 |

OTHER PUBLICATIONS

Fryer et al (Eds.), Microsoft Computer Dictionary, 1997, 3rd Edition, pp. 238–240, 487.*

* cited by examiner

Primary Examiner—Norman M. Wright
(74) Attorney, Agent, or Firm—Donald R. Boys; Central Coast Patent Agency, Inc.

(57)    **ABSTRACT**

An Internet Portal is enabled by software executing on an Internet-connected server. The Portal, in response to a log-on by a user, presents a secure and personalized page and to the user, the personalized page having listed plural Internet destinations enabled by hyperlinks, wherein upon invocation of a hyperlink by the subscriber, such as by a point-and-click technique, the portal invokes a URL for the destination, and upon connection with the destination, transparently provides any required log-on information for user access at the destination. In an enhanced embodiment a search function is provided wherein a user may configure searches in any or all of the listed destinations on a personalized page. Provision is provided for log-on by limited appliances, such as by a Smartcard or embedded password, and in some embodiments functionality is provided in a browser plug-in wherein a user may navigate to a site, and, in response to a request for log-in data, the subscriber may use a hot key or pointer input, which will cause the browser to access and provide the needed data from the Password-All source.

**39 Claims, 3 Drawing Sheets**



US006510451B2

(12) **United States Patent**                     (10) Patent No.:    **US 6,510,451 B2**

Wu et al.                                          (45) Date of Patent:       **Jan. 21, 2003**

(54) **SYSTEM FOR COMPLETING A MULTI-COMPONENT TASK INITIATED BY A CLIENT INVOLVING WEB SITES WITHOUT REQUIRING INTERACTION FROM THE CLIENT**

(75) Inventors: **Jonathan Wu**, Mountain View, CA (US); **Suman Kumar Inala**, Santa Clara, CA (US); **Ramakrishna Satyavolu**, Santa Clara, CA (US); **P Venkat Rangan**, San Diego, CA (US); **Sreeranga P. Rajan**, Santa Clara, CA (US); **Neil Daswani**, Edison, NJ (US); **Anand Rangarajan**, Sunnyvale, CA (US); **Christoph Kern**, Santa Clara, CA (US); **Srihari Kumar**, Santa Clara, CA (US)

(73) Assignee: **Yodlee.com, Inc.**, Redwood Shores, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/419,708

(22) Filed: **Oct. 14, 1999**

(65) **Prior Publication Data**

US 2002/0035592 A1 Mar. 21, 2002

(51) Int. Cl.⁷ ............................................. **G06F 15/16**
(52) U.S. Cl. ............................... 709/203; 209/219
(58) Field of Search .................................... 709/201, 203, 709/205, 216, 219; 705/5, 26; 701/201

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,619,648 A | | 4/1997 | Canale et al. |
| 5,897,620 A | * | 4/1999 | Walker et al. .................. 705/5 |
| 5,926,798 A | * | 7/1999 | Carter .......................... 705/26 |
| 5,948,040 A | * | 9/1999 | DeLorme et al. ........... 701/201 |
| 6,134,534 A | * | 10/2000 | Walker et al. ................. 705/26 |

* cited by examiner

*Primary Examiner*—Le Hien Luu
(74) *Attorney, Agent, or Firm*—Donald R. Boys; Central Coast Patent Agency, Inc.

(57)      **ABSTRACT**

An Internet portal system for accomplishing a multi-component task involving interaction with one or more Internet Web sites includes an Internet-connected server having access to client-related data, an internet-capable client station usable by a client, and software executing on the server for managing individual component tasks in execution of the multi-component task. The software, in response to initiation of a multi-component task specified by the client, defines the component tasks, identifies Internet Web sources for completion of the tasks, manages interaction with the identified Web sites gathering results of the interactions, integrates the gathered results, and communicates final results to the client at the client station. Tasks may be such as trip planning and may include payment for services rendered at Web sites, such as airline reservations, car rentals and the like. A similar system is provided for broadcasting messages to multiple Internet destinations, and further for gathering answers to such messages and communicating the answers to the client.

**14 Claims, 5 Drawing Sheets**



US006567850B1

(12) **United States Patent**          (10) Patent No.:     **US 6,567,850 B1**
Freishtat et al.                        (45) Date of Patent:      **May 20, 2003**

(54) **SYSTEM AND METHOD FOR DETERMINING REVENUE FROM AN INTERMEDIARY DERIVED FROM SERVICING DATA REQUESTS**

(75) Inventors: **Gregg Freishtat**, Atlanta, GA (US); **Palaniswamy Rajan**, Atlanta, GA (US)

(73) Assignee: **Yodlee, Inc.**, Redwood Shores, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/427,794**

(22) Filed: **Oct. 27, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/105,917, filed on Oct. 28, 1998, and provisional application No. 60/134,395, filed on May 17, 1999.

(51) Int. Cl.7 ............................................. G06F 15/173
(52) U.S. Cl. ................................... 709/224; 705/34
(58) Field of Search ............................ 705/34; 709/224

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,987,538 A | * | 1/1991 | Johnson et al. ............. 364/401 |
| 5,347,632 A | | 9/1994 | Filepp et al. |
| 5,446,891 A | | 8/1995 | Kaplan et al. |
| 5,481,672 A | | 1/1996 | Okuno et al. |
| 5,483,445 A | * | 1/1996 | Pickering .................... 364/406 |
| 5,537,314 A | | 7/1996 | Kanter |
| 5,590,196 A | | 12/1996 | Moreau |
| 5,613,012 A | | 3/1997 | Hoffman et al. |
| 5,619,648 A | | 4/1997 | Canale et al. |
| 5,640,577 A | | 6/1997 | Scharmer |
| 5,644,576 A | | 7/1997 | Bauchot et al. |
| 5,649,186 A | | 7/1997 | Ferguson |
| 5,655,089 A | | 8/1997 | Bucci ......................... 395/240 |
| 5,696,965 A | | 12/1997 | Dedrick |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| EP | 0786728 A1 | 7/1997 |
| EP | 0848338 A | 6/1998 |
| JP | 7074817 | 3/1995 |
| WO | WO 97/16796 | 5/1997 |
| WO | WO 98/28698 | 7/1998 |
| WO | WO01/33759 A1 | 5/2001 |

OTHER PUBLICATIONS

Unknown, Roboword, Multilingual Dictionary Tool, Jul. 27, 1997, pates 1–3, all.

Chaum, D. Security without identification: tran saction systems to make big brother obsolete. Communication of the ACM. Oct. 1985. vol. 28. Issue 10 pp. 1030–1044.

Stanley, Tracey, "Intelligent Searching Agents on the Web", Jan. 1997, 4 pages, <http://www.ariadne.ac.u k/issue7/search-engines/>.

Jansen, Janes, "Using an Intelligent Agent to Enhance Search Engine Performance", Dec. 1998, 13 pages, <http://www.firstmonday.dk/issues/issue2_3/jansen/>.

(List continued on next page.)

*Primary Examiner*—Kenneth R. Rice
(74) *Attorney, Agent, or Firm*—Needle & Rosenberg, P.C.

(57) **ABSTRACT**

This invention is a system and method for determining revenue from an intermediary derived from end user inter-actions involving personal information via the intermediary. A host computer monitors interactions between end users and personal information providers via an intermediary computer. The host computer communicates with a personal information store for storing personal information associated with end users and an accounting store for storing accounting data associated with the intermediary computer. The host computer includes a processor that receives requests concerning personal information from the interme-diary computer and services these requests based on per-sonal information in the personal information store. The host computer processor updates the accounting data associated with the intermediary computer and generates invoices to the intermediary computer based on the updated accounting data.

**23 Claims, 11 Drawing Sheets**



US006594766B2

(12) **United States Patent**       (10) Patent No.:     **US 6,594,766 B2**
Rangan et al.                        (45) Date of Patent:       **Jul. 15, 2003**

(54) **METHOD AND APPARATUS FOR PROVIDING AND MAINTAINING A USER-INTERACTIVE PORTAL SYSTEM ACCESSIBLE VIA INTERNET OR OTHER SWITCHED-PACKET-NETWORK**

(75) Inventors: **P. Venkat Rangan**, San Diego, CA (US); **Sam Inala**, Redmond, WA (US)

(73) Assignee: **Yodlee.com, Inc.**, Redwood Shores, CA (US)

(*) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/180,146**

(22) Filed:    **Jun. 25, 2002**

(65)           **Prior Publication Data**
        US 2002/0184534 A1    Dec. 5, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/208,740, filed on Dec. 8, 1998, now Pat. No. 6,412,073.

(51) Int. Cl.⁷ ...................... G06F 12/14; G06F 17/60; H04L 9/00

(52) U.S. Cl. ...................... 713/202; 713/201; 713/162; 705/14; 705/76

(58) Field of Search ...................... 713/202, 201, 713/162; 705/14, 76

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,918,019 A | * | 6/1999 | Valencia | ...................... | 709/227 |
| 6,000,033 A | * | 12/1999 | Kelley et al. | ............... | 713/201 |
| 6,014,502 A | * | 1/2000 | Moraes | ........................ | 709/219 |
| 6,023,684 A | * | 2/2000 | Pearson | ........................ | 705/35 |
| 6,065,120 A | * | 5/2000 | Laursen et al. | .............. | 713/201 |

| | | | | | |
|---|---|---|---|---|---|
| 6,085,229 A | * | 7/2000 | Newman et al. | ............ | 709/203 |
| 6,148,402 A | * | 11/2000 | Campbell | ................ | 713/200 |
| 6,182,229 B1 | * | 1/2001 | Nielsen | ........................ | 713/202 |
| 6,192,407 B1 | * | 2/2001 | Smith et al. | ................. | 709/229 |
| 6,199,077 B1 | * | 3/2001 | Inala et al. | ............... | 715/501.1 |
| 6,233,608 B1 | * | 5/2001 | Laursen et al. | ............ | 709/217 |
| 6,330,592 B1 | * | 12/2001 | Makuch et al. | ............ | 709/217 |
| 6,412,073 B1 | * | 6/2002 | Rangan | ........................ | 713/202 |
| 2001/0000537 A1 | * | 4/2001 | Inala et al. | ................. | 707/500 |
| 2001/0020242 A1 | * | 9/2001 | Gupta et al. | ............... | 707/501.1 |

OTHER PUBLICATIONS

U.S. patent application Ser. No. 09/208,740, Rangan et al.

* cited by examiner

*Primary Examiner*—Norman M. Wright
(74) *Attorney, Agent, or Firm*—Donald R. Boys; Central Coast Patent Agency, Inc.

(57)           **ABSTRACT**

An Internet Portal is enabled by software executing on an Internet-connected server. The Portal, in response to a log-on by a user, presents a secure and personalized page for and to the user, the personalized page having listed plural Internet destinations enabled by hyperlinks, wherein upon invocation of a hyperlink by the subscriber, such as by a point-and-click technique, the portal invokes a URL for the destination, and upon connection with the destination, transparently provides any required log-on information for user access at the destination. In an enhanced embodiment a search function is provided wherein a user may configure searches in any or all of the listed destinations on a personalized page. Provision is provided for log-on by limited appliances, such as by a Smartcard or embedded password, and in some embodiments functionality is provided in a browser plug-in wherein a user may navigate to a site, and, in response to a request for log-in data, the subscriber may use a hot key or pointer input, which will cause the browser to access and provide the needed data from the Password-All source.

**30 Claims, 3 Drawing Sheets**



US006633910B1

(12) **United States Patent**
Rajan et al.

(10) Patent No.: **US 6,633,910 B1**
(45) Date of Patent: **Oct. 14, 2003**

(54) **METHOD AND APPARATUS FOR ENABLING REAL TIME MONITORING AND NOTIFICATION OF DATA UPDATES FOR WEB-BASED DATA SYNCHRONIZATION SERVICES**

(75) Inventors: **Steeranga P. Rajan**, Santa Clara, CA (US); **Jonathan Wu**, Mountain View, CA (US)

(73) Assignee: **Yodlee.com, Inc.**, Redwood Shores, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/461,505**

(22) Filed: **Dec. 14, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/398,320, filed on Sep. 16, 1999, now Pat. No. 6,477,565.

(51) Int. Cl.⁷ ............................................. G06F 15/173
(52) U.S. Cl. ...................... 709/224; 709/226; 709/221
(58) Field of Search ................................. 709/224, 226, 709/221, 234; 717/168, 171, 172, 173, 174

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,978,828 A  * 11/1999 Greer et al. .................. 709/224

| | | | | |
|---|---|---|---|---|
| 6,012,087 A | * | 1/2000 | Freivald et al. | 709/218 |
| 6,199,077 B1 | * | 3/2001 | Inala et al. | 707/501.1 |
| 6,219,818 B1 | * | 4/2001 | Freivald et al. | 714/799 |
| 6,253,198 B1 | * | 6/2001 | Perkins | 707/3 |
| 6,275,858 B1 | * | 8/2001 | Bates et al. | 709/228 |
| 6,366,933 B1 | * | 4/2002 | Ball et al. | 707/511 |
| 6,370,141 B1 | * | 4/2002 | Giordano et al. | 370/386 |
| 6,477,565 B1 | * | 11/2002 | Daswani et al. | 709/217 |

* cited by examiner

*Primary Examiner*—Zarni Maung
(74) *Attorney, Agent, or Firm*—Donald R. Boys; Central Coast Patent Agency, Inc.

(57)                **ABSTRACT**

An Internet subscription system for alerting subscribers to changes in data maintained at Internet sites has an input interface for a subscriber to specify a data condition to be monitored and a condition for notification and a gatherer for gathering data changes from one or more Internet sites. A guard compares data changes with the condition for notification, and a notification alert system notifies the subscriber of a change that meets the condition for notification. The system is particularly suited to notification requirements regarding metadata changes over multiple sources. Users can configure the system to many different frequencies and many different data and notification conditions. Alerts may be made to many different devices in different ways as well, and may or may not include specific data.

**11 Claims, 4 Drawing Sheets**



US006802042B2

(12) **United States Patent**
Rangan et al.

(10) Patent No.: **US 6,802,042 B2**
(45) Date of Patent: **\*Oct. 5, 2004**

(54) **METHOD AND APPARATUS FOR PROVIDING CALCULATED AND SOLUTION-ORIENTED PERSONALIZED SUMMARY-REPORTS TO A USER THROUGH A SINGLE USER-INTERFACE**

(75) Inventors: **P. Venkat Rangan**, San Diego, CA (US); **Manoj Sharma**, College Park, MD (US); **Sreeranga P. Rajan**, Santa Clara, CA (US); **Jonathan Wu**, Mountain View, CA (US)

(73) Assignee: **Yodlee.Com, Inc.**, Redwood Shores, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/425,626**

(22) Filed: **Oct. 22, 1999**

(65) **Prior Publication Data**

US 2002/0078079 A1 Jun. 20, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/323,598, filed on Jun. 1, 1999.

(51) Int. Cl.⁷ .................................................. G06F 15/00
(52) U.S. Cl. ...................... 715/501.1; 715/500; 707/5; 709/217
(58) Field of Search .................................. 707/501, 3–5; 705/26; 709/217; 715/501.1, 500

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,459,306 A   \* 10/1995  Stein et al. .................... 235/383
5,855,008 A   \* 12/1998  Goldhaber et al. ........... 705/14

5,923,736 A   \* 7/1999  Shachar .................... 379/93.17
5,924,090 A   \* 7/1999  Krellenstein .................... 707/5
5,937,168 A    8/1999  Anderson et al.

(List continued on next page.)

OTHER PUBLICATIONS

Hilbert et al., Agents for Collecting Application Usage Data over the Internet, ACM 1998, pp. 149–156.\*

Schwartz et al., Applying an Information Gathering Architecture to Netfind: a White Pages Tool for a Changing and Growing Internet, IEEE 1994, pp. 426–439.\*

(List continued on next page.)

Primary Examiner—Stephen S. Hong
Assistant Examiner—Cong-Lac Huynh
(74) Attorney, Agent, or Firm—Donald R. Boys; Central Coast Patent Agency, Inc.

(57)            **ABSTRACT**

An Internet-connected portal system has a data repository, a data-gathering system, a request processor, a plurality of report algorithms, and a report processor. The request processor receives a request from a user and matches the request to an individual one of the report algorithms. The data-gathering subsystem accesses plural Internet sites associated with the user and extracts raw data therefrom according to needs of the report algorithm. The report processor processes the raw data according to the report algorithm into metasummarized information defined by the report algorithm, and the portal system transmits the metasummarized information as a report to a destination associated with the report request. In some cases there is an aggregated-data database in the data repository storing aggregated data retrieved for specific users periodically, and the request processor checks the aggregated-data database for needed data before requiring the data-gathering system to retrieve data from the associated Internet sites. In the instance that the needed data is stored in the aggregated-data database, the report is prepared from the aggregated data. Reports can be in a mix of text and graphic formats.

**14 Claims, 10 Drawing Sheets**





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
05 JUN 22 PM 1:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST OF CALIFORNIA

CASHEDGE INC.
        Plaintiff(s)
)
)
)
)
)
-v-
)
YODLEE, INC.
        Defendant(s)
)
)
)
)

C 05-02554 RS

E-Filing

ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE

        IT IS HEREBY ORDERED that this action is assigned to the
Honorable Richard Seeborg.  When serving the complaint or
notice of removal, the plaintiff or removing defendant must
serve on all other parties a copy of this order, the handbook
entitled "Dispute Resolution Procedures in the Northern District
of California," the Notice of Assignment to United States Magistrate
Judge for Trial, and all other documents specified in Civil Local Rule 4-2.
Counsel must comply with the case schedule listed below unless the
Court otherwise orders.

        IT IS FURTHER ORDERED that this action is assigned to the
Alternative Dispute Resolution (ADR) Multi-Option Program governed
by ADR Local Rule 3.  Counsel and clients must familiarize themselves
with that rule and with the handbook entitled "Dispute Resolution
Procedures in the Northern District of California."

                CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

| Date | Event | Governing Rule |
|------|-------|----------------|
| 06/22/2005 | Complaint filed | |
| 10/05/2005 | Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR LR 3-5 |
| 10/05/2005 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 10/19/2005 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R.16-9 |
| 10/26/2005 | Case Management Conference in 4 at 2:30 PM | Civil L.R. 16-10 |