IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASHEDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> YODLEE, INC., <br><br> Defendant. | C.A. No. 06-170-JJF |

**DEFENDANT AND COUNTER-CLAIMANT YODLEE, INC.'S NOTICE OF RELATED ACTION PURSUANT TO DELAWARE LOCAL RULE 3.1(b)**

Defendant and Counter-claimant Yodlee, Inc., by and through their undersigned counsel, discloses the following information pursuant to Delaware Local Rule 3.1(b):

Case No. C-05-1550-SI (N.D. Cal.), a patent infringement action brought by Yodlee, Inc. against CashEdge, Inc., is currently pending in the Northern District of California ("the Northern District action") before the Honorable Susan Illston. The Northern District action was filed in April of 2005 and the parties have exchanged discovery. The Northern District action is closely related in that it involves the same parties, as well as the same technology and products. Significantly, some of the Yodlee patents-at-issue in the Northern District action are directly related to Yodlee's invalidity and inequitable conduct defenses in this action. Indeed, CashEdge's knowledge of those patents as a result of the on-going Northern District of California litigation is an important aspect of the inequitable conduct defense in the present action.

This matter should be transferred to the Northern District of California for consideration with the closely related Northern District action so as to avoid both potentially inconsistent rulings and substantial duplication of effort by two different

District Courts. For at least these reasons, Yodlee plans to file a motion to transfer this closely-related action.

Dated: April 4, 2006               FISH & RICHARDSON P.C.


By: /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE  19899-1114
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607

David M. Barkan (CA Bar #160825)
Craig R. Compton (CA Bar #215491)
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071

Attorneys for Defendant
YODLEE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2006, I electronically filed with the Clerk of Court **DEFENDANT AND COUNTER-CLAIMANT YODLEE, INC.'S NOTICE OF RELATED ACTION PURSUANT TO DELAWARE LOCAL RULE 3.1(b)** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

| | |
|---|---|
| Arthur G. Connolly, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | *Attorneys for Plaintiff*<br>*CashEdge, Inc.* |

I hereby certify that on April 4, 2006, I have mailed via Federal Express document(s) to the following non-registered participants:

| | |
|---|---|
| Drew M. Wintringham<br>Mark Rueh<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY  10019-6131 | *Attorneys for Plaintiff*<br>*CashEdge, Inc.* |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

30275960.doc