IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CASHEDGE, INC.,

        Plaintiff,

v.

YODLEE, INC.,

        Defendant.

C.A. No. 06-170-JJF

**DEFENDANT AND COUNTER-CLAIMANT YODLEE, INC.'S
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant and Counter-claimant Yodlee, Inc., by and through their undersigned counsel, discloses the following information pursuant to Federal Rule Of Civil Procedure 7.1:

Yodlee, Inc. has no parent corporations. S1 Corporation is a publicly traded corporation that owns a percentage of Yodlee's stock.

Dated: April 4, 2006                    FISH & RICHARDSON P.C.


                                        By: /s/ *William J. Marsden, Jr.*
                                            William J. Marsden, Jr. (#2247)
                                            Kyle Wagner Compton (#4693)
                                            919 N. Market Street, Suite 1100
                                            P. O. Box 1114
                                            Wilmington, DE 19899-1114
                                            Telephone: (302) 652-5070
                                            Facsimile:  (302) 652-0607

                                            David M. Barkan (CA Bar #160825)
                                            Craig R. Compton (CA Bar #215491)
                                            500 Arguello Street, Suite 500
                                            Redwood City, CA 94063
                                            Tel: (650) 839-5070
                                            Fax: (650) 839-5071

                                        Attorneys for Defendant and Counterclaimant
                                        YODLEE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April 2006, I electronically filed with the Clerk of Court **DEFENDANT AND COUNTER-CLAIMANT YODLEE, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery.

| | |
|---|---|
| Arthur G. Connolly, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | *Attorneys for Plaintiff*<br>*CashEdge, Inc.* |

I hereby certify that on April 4, 2006, I have mailed via Federal Express document(s) to the following non-registered participants:

| | |
|---|---|
| Drew M. Wintringham<br>Mark Rueh<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY  10019-6131 | *Attorneys for Plaintiff*<br>*CashEdge, Inc.* |

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80031868.doc