UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CASHEDGE, INC,** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | C. A. No. 06-170 JJF |
| **YODLEE, INC.,** | ) ) ) | |
| Defendant. | ) ) ) ) | **JURY TRIAL DEMANDED** |

## JOINT [PROPOSED] SCHEDULING ORDER

**Yodlee's Preliminary Statement**: Defendant Yodlee intends to file a motion to transfer this action to the Northern District of California where a 9 patent lawsuit between the same parties is already pending. A *Markman* hearing in that action was held on April 26, 2006. Yodlee intends to file the motion to transfer by May 5th and respectfully suggests that it may be more efficient for the Court to resolve that motion before devoting significant time to scheduling matters in this action.

**CashEdge's Response To Yodlee's Preliminary Statement**: Plaintiff CashEdge intends to oppose the motion to transfer this action to the Northern District of California in which Yodlee has accused various CashEdge products of infringing 9 Yodlee patents (in contrast to the present action in which CashEdge has accused various Yodlee products of infringing a CashEdge patent). CashEdge respectfully submits that the Court need not defer entry of a scheduling order until after Yodlee's motion to transfer is resolved, as both parties' proposed schedules allow sufficient time for the Court to resolve this issue before any other significant action is required by the parties.

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by June 30, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **September 29, 2006**.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by:

    **CashEdge proposal: October 17, 2006**

    **Yodlee proposal: November 17, 2006**

    (b) Maximum of **50** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **100** requests for admission by each side.

    (d) Maximum of a total of **10** depositions by plaintiff and a total of **10** by defendants, excluding expert and 30(b)(6) depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b, and c) is completed. Each deposition shall be limited to one day of seven hours pursuant to Fed. R. Civ. P. 26(d)(2).

    (e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due:

    **CashEdge Proposal:**
    Topics for which the party has the burden of proof: **February 10, 2007**
    Rebuttal expert reports: **March 10, 2007**
    Expert Depositions to be completed by: **March 31, 2007**

> **Yodlee Proposal:**
> Topics for which the party has the burden of proof: **March 9, 2007**
> Rebuttal expert reports: **April 6, 2007**
> Expert Depositions to be completed by: **April 27, 2007**

4. **Discovery Disputes.**

    (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

    (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

    (d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    (e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **December 22, 2006.**

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief and affidavits in support of the motion on or before:

> **CashEdge proposal: May 30, 2007**
> **Yodlee proposal: July 31, 2007**

Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman.** A Markman Hearing will be held on:

**CashEdge proposal: April 18, 2007**
Opening briefs (both parties): **March 21, 2007**
Responsive briefs (both parties): **April 4, 2007**

**Yodlee proposal: June 20, 2007**
Opening briefs (both parties): **May 4, 2007**
Responsive briefs (both parties): **June 1, 2007**

The parties shall exchange a list of terms to be construed at the Markman hearing by **45 days** before opening expert reports. **Thirty (30) days** before opening expert reports are due, the parties shall meet and confer regarding the terms in dispute. The parties shall then exchange preliminary claim construction positions **20 days** before opening expert reports.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short

statement describing the emergency.

9. **Pretrial Conference.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference. The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

Dated: May 1, 2006                        Respectfully submitted,

                                                     /s/ Arthur G. Connolly, III
                                           Arthur G. Connolly, III (#2667)
                                           CONNOLLY BOVE LODGE & HUTZ LLP
                                           The Nemours Building
                                           1007 North Orange Street
                                           Wilmington, DE 19899-2207
                                           (302) 658-9141

                                           Attorneys for Plaintiff
                                           CASHEDGE, INC.

                                             /s/ Kyle Wagner Compton
                                           **FISH & RICHARDSON P.C.**
                                           William J. Marsden, Jr. (#2247)
                                           Kyle Wagner Compton (#4693)
                                           919 N. Market Street, Suite 1100
                                           P. O. Box 1114
                                           Wilmington, Delaware  19899-1114
                                           Telephone:  (302) 652-5070
                                           Facsimile:  (302) 652-0607

                                           Attorneys for Defendant and Counterclaim Plaintiff
                                           YODLEE, INC.

       SO ORDERED this _____ day of _____, 2006

                                           _____
                                           UNITED STATES DISTRICT JUDGE