IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASHEDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> YODLEE, INC., <br><br> Defendant. | C.A. No. 06-170-JJF |

## YODLEE, INC.'S MOTION TO TRANSFER

Defendant Yodlee, Inc. ("Yodlee") respectfully moves pursuant to 28 U.S.C. § 1404(a) for transfer of this action to the Northern District of California where a similar case between the same parties and involving patents in the same technological field is pending. The reasons for this motion are set forth more fully in the accompanying brief and supporting papers filed concurrently with this motion.

Dated: May 4, 2006         FISH & RICHARDSON P.C.


By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, Delaware 19899-1114
Telephone: (302) 652-5070

David M. Barkan (CA Bar #160825)
Craig R. Compton (CA Bar #215491)
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Attorneys for Defendant
YODLEE, INC.

**RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. Local Rule 7.1.1, Yodlee certifies that it has sought the consent of plaintiff CashEdge, Inc. ("CashEdge") to transfer of this action and that CashEdge has declined to consent to such transfer.

/s/ Kyle Wagner Compton
Kyle Wagner Compton (#4693)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2006, I electronically filed the attached **YODLEE, INC.'S MOTION TO TRANSFER** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery to:

Arthur G. Connolly, III  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE 19899-2207  

*Attorneys for*  
*Plaintiff CashEdge, Inc.*

I hereby certify that on May 4, 2006, I have mailed by Federal Express Overnight Mail, the document(s) to the following non-registered participants:

Drew M. Wintringham, III  
Mark W. Rueh  
Clifford Chance US LLP  
31 West 52nd Street  
New York, NY 10019  

*Attorneys for*  
*Plaintiff CashEdge, Inc.*

/s/ William J. Marsden, Jr.  
William J. Marsden, Jr.

80031863.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASHEDGE, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>YODLEE, INC.,<br><br>       Defendant. | C.A. No. 06-170-JJF |

## [PROPOSED] ORDER

The Court, having considered defendant Yodlee, Inc.'s Motion to Transfer and its supporting papers, and having considered the parties' arguments with regard to that motion, rules as follows:

Defendant Yodlee, Inc.'s Motion to Transfer is GRANTED.

IT IS HEREBY ORDERED this _____ day of _____, 2006 that this action is transferred to the Northern District of California.

 

                                                                                       _____
                                                                                       United States District Court Judge