```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

CASHEDGE, INC.,                    :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 06-170-JJF
                                   :
YODLEE, INC.,                      :
                                   :
        Defendant.                 :

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **June 30, 2006** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **September 29, 2006.**

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **October 17, 2006**.

    (b) Maximum of **50** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **100** requests for admission by each side.

        (d) Maximum of **10** depositions by plaintiff(s) and **10** by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a, b and c) is completed.

        (e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party which has the burden of proof by **February 10, 2007**; Rebuttal report are due by **March 10, 2007.**

        (f) Any party desiring to depose an expert witness shall notice and complete said deposition so as to have all expert depositions completed by **March 31, 2007.**

    4. **Discovery Disputes.**

        (a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

        (b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

        (c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the

dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **December 22, 2006**.

6. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **May 30, 2007.** Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman.** A Markman Hearing will be held on **April 18, 2007 at 11:00 a.m.** Opening Markman Briefing on the claim construction issues shall be due **March 21, 2007;** Responsive Markman Briefing shall be due **April 4, 2007**. The Court, after reviewing the briefing, will allocate time to the parties for the hearing. The parties shall exchange a list of terms to be construed at the Markman hearing **45 days** before opening expert reports. **Thirty (30) days** before opening expert reports are due,

the parties shall meet and confer regarding the terms in dispute. The parties shall then exchange preliminary claim construction positions **20 days** before opening expert reports.

      8. **Applications by Motion.**

      (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

      (b) No facsimile transmissions will be accepted.

      (c) No telephone calls shall be made to Chambers.

      (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

      9. **Pretrial Conference.**  A Pretrial Conference will be held on **Thursday, September 6, 2007 at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District

Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

  10. **Trial.** Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

  May 11, 2006
    DATE

           /s/ Joseph J. Farnan Jr.
           UNITED STATES DISTRICT JUDGE