IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASHEDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> YODLEE, INC., <br><br> Defendant. | C.A. No. 06-170-JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of David M. Barkan and Craig R. Compton, to represent Yodlee, Inc. in this matter.

Dated: May 11, 2006            FISH & RICHARDSON P.C.

By: /s/ Kyle Wagner Compton
William J. Marsden, Jr. (#2247)
Kyle Wagner Compton (#4693)
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Attorneys for Defendant
YODLEE, INC.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006      _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *David M. B.*

Date: May 2, 2006

David M. Barkan (barkan@fr.com)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
650-839-5097

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/2/06

Craig R. Compton (compton@fr.com)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
650-839-5097

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I electronically filed with the Clerk of Court Motion and Order for Admission Pro Hac Vice using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Arthur G. Connolly, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>CashEdge, Inc. |

/s/ Kyle Wagner Compton
Kyle Wagner Compton

80032738.doc