UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CASHEDGE, INC,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C. A. No. 06-170 JJF |
| | ) | |
| **YODLEE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION REGARDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the briefing schedule on Defendant Yodlee, Inc.'s Motion to Transfer (**D.I. 12**) shall be as follows:

| | Due Date |
|---|---|
| Defendant's Opening Brief: | Filed |
| Plaintiff's Answering Brief: | May 24, 2006 |
| Defendant's Reply Brief: | June 5, 2006 |

CONNOLLY, BOVE, LODGE & HUTZ LLP         FISH & RICHARDSON P.C.

/s/ Arthur G. Connolly, III                                  /s/ Kyle Wagner Compton

| | |
|---|---|
| Arthur G. Connolly, III (#2667) | William J. Marsden, Jr. (#2247) |
| The Nemours Building | Kyle Wagner Compton (#4693) |
| 1007 N. Orange Street | 919 N. Market Street, Suite 1100 |
| P.O. Box 2207 | P. O. Box 1114 |
| Wilmington, DE  19899 | Wilmington, Delaware  19899-1114 |
| (302) 658-9141 | (302) 652-5070 |
| aconnollyiii@cblh.com | marsden@fr.com |
| *Attorneys for Plaintiff* | kcompton@fr.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge