IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASHEDGE, INC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C. A.  No. 06-170 JJF |
| | ) | |
| YODLEE, INC., | ) | |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Drew M. Wintringham, III and Mark W. Rueh of the law firm of Clifford Chance

US, 31 West 52nd Street, New York, NY 10019-6131, to represent the plaintiff in this matter.

Dated:  May 31, 2006                    Respectfully submitted,

_____
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Drew M.
Wintringham, III and Mark W. Rueh is granted.


_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid  G  to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  ✗  to the Clerk's Office upon the filing of this motion.

Drew M. Wintringham, III
Clifford Chance US
31 West 52nd Street
New York, NY 10019-6131
(212) 878-8000

Dated: May  30 , 2006

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar of the State of New York.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action. I also certify that I am

generally familiar with this Court's Local Rules. In accordance with Standing Order for District

Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid  G  to

the Clerk of Court, or, if not paid previously, the fee payment will be submitted ⊠ to the Clerk's

Office upon the filing of this motion.

_____
Mark W. Rueh
Clifford Chance US
31 West 52ⁿᵈ Street
New York, NY 10019-6131
(212) 878-8000

Dated: May 25, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2006, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF which will send notification of such filing

to the following counsel of record:

William J. Marsden, Jr., Esq.
Kyle Wagner Compton, Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899


I FURTHER CERTIFY that on May 31, 2006 a copy of the foregoing document was

served upon the following counsel in the manner indicated:

By First-Class U.S. Mail:
David M. Barkan, Esq.
Craig R. Compton, Esq.
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063


/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#460674_1