# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

June 6, 2006



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:  *CashEdge, Inc. v. Yodlee, Inc.*
     USDC-D. Del. - C.A. No. 06-170-JJF

Dear Judge Farnan:

Pursuant to Delaware L.R. 7.1.4 Yodlee, Inc. hereby requests oral argument regarding its Motion to Transfer (D.I. No. 12). The briefing on this motion is now complete. Yodlee filed and served its Reply Brief in Support of its Motion to Transfer on June 5, 2006 (D.I. No. 22).

Respectfully,

Kyle Wagner Compton

KWC:sb

cc    Arthur G. Connolly, Jr. (via ECF and hand delivery)
      Drew M. Wintringham (via first class mail)

80033838.doc