IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASHEDGE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>YODLEE, INC.,<br><br>        Defendant. | C.A. No. 06-170-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2006, a copy of DEFENDANT YODLEE, INC.'S INITIAL DISCLOSURES was caused to be served on the attorneys in the manner indicated below.

| | |
|---|---|
| **BY HAND DELIVERY**<br>Arthur G. Connolly, Jr.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>CashEdge, Inc. |
| **VIA FEDERAL EXPRESS**<br>Drew M. Wintringham<br>Mark Rueh<br>Clifford Chance US LLP<br>31 West 52nd Street<br>New York, NY  10019-6131 | Attorneys for Plaintiff<br>CashEdge, Inc. |

Dated: June 30, 2006								FISH & RICHARDSON P.C.


										By: */s/ Kyle Wagner Compton*
											William J. Marsden, Jr. (#2247)
											Kyle Wagner Compton (#4693)
											919 N. Market Street, Suite 1100
											P. O. Box 1114
											Wilmington, DE 19899-1114
											Telephone: (302) 652-5070

											David M. Barkan
											Craig R. Compton
											500 Arguello Street, Suite 500
											Redwood City, CA 94063
											Telephone: (650) 839-5070

										Attorneys for Defendant
										YODLEE, INC.


80034660.doc

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2006, I electronically filed a Notice of Service using CM/ECF which will send notification of such filing to the following:

**BY HAND DELIVERY**       Attorneys for Plaintiff
Arthur G. Connolly, Jr.      CashEdge, Inc.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

I also certify that on June 30, 2006, I mailed by Federal Express, the Notice of Service to the following non-registered participants:

**VIA FEDERAL EXPRESS**      Attorneys for Plaintiff
Drew M. Wintringham      CashEdge, Inc.
Mark Rueh
Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019-6131


                               */s/ Kyle Wagner Compton*
                           Kyle Wagner Compton (kcompton@fr.com)