OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/06

United States District Court
Northern District of California
Clerk of Court
450 Golden Gate Ave
San Francisco CA 94102

    RE: CashEdge Inc. V. Yodlee Inc.
        06cv170 JJF

Dear Clerk of Court:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    (X )    Certified copy of the docket sheet;
    (X )    Certified copy of the Order of Transfer;
    (  )    Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

    Sincerely,

    Peter T. Dalleo, Clerk of Court
    By:_____
        Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on _____.**

_____
**Signature**