

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Arthur G. Connolly, III
Partner

DIRECT DIAL:   (302) 888 6318
DIRECT FAX:    (302) 658 0380
EMAIL:         AConnollyIII@cblh.com
REPLY TO:      Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 22, 2006

**By Electronic Filing**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

  Re: **CashEdge, Inc. v. Yodlee, Inc.**
    **Civil Action No. 06-170-JJF**

Dear Judge Farnan:

  We represent Plaintiff CashEdge, Inc. in the above-captioned matter. On July 19, 2006, Your Honor entered a Memorandum Opinion and Order (D.I. 27) granting Defendant Yodlee, Inc.'s motion to transfer this case to the Northern District of California. On August 1, 2006, Plaintiff timely filed its Motion for Reconsideration of the Court's Order to Transfer (the "Motion") (D.I. 30) pursuant to D. Del. LR 7.1.5.

  Between the date Your Honor entered the Memorandum Opinion and Order and the timely filing of the Motion, we respectfully submit the Office of the Clerk of this Court prematurely transferred this case on July 27, 2006 to the Northern District of California (D.I. 28). Shortly thereafter, I had a conversation with the Office of the Clerk of this Court to point out that the time for filing a motion for reconsideration had not yet run. Based on that conversation, I understood that the transfer was electronic in nature and would not adversely affect our ability to file a motion for reconsideration.

  Despite the foregoing and without citing any authority in support of its proposition, Defendant argues in its Opposition to the Motion (D.I. 30) that "[t]here is simply no case pending between CashEdge and Yodlee in Delaware, and for this reason, CashEdge's Motion for Reconsideration should be denied as moot." We respectfully submit that Defendant's procedural argument is without merit; and, that Your Honor should decide the Motion based on the substantive arguments set forth by the parties' in their respective pleadings.

LAW OFFICES
CONNOLLY BOVE LODGE & HUTZ LLP

The Honorable Joseph J. Farnan, Jr.
August 22, 2006
Page 2

      We also would take this opportunity to apprise Your Honor that Defendant Yodlee, Inc. has not waited for Your Honor to rule upon the pending motion and has, in the Northern District of California – where a separate earlier-filed action exists between the parties –, proceeded with the filing of an Administrative Motion to Consider Whether Cases Should be Related. Moreover, in such filing, Defendant Yodlee, Inc. has failed to notify the Northern District of California court of the pendency of the motion for reconsideration before Your Honor. To the extent the Northern District of California court may be interested in the status of the motion for reconsideration, we will provide a copy of this correspondence to the court as an Exhibit to our opposition to Yodlee's Administrative Motion.

      We are available should Your Honor have any questions or comments.

Respectfully,

Arthur G. Connolly, III

cc:    William J. Marsden, Jr., Esquire (by ECF and hand delivery)
        David M. Barkan, Esquire (via first class mail)
        Drew M. Wintringham, III, Esquire (via first class mail)